CAROLINE COMMISSO, Appellant, v STEVEN G. ORSHAN et al., Respondents.

Submitted March 5, 2012; decided May 8, 2012

Motion for reargument of motion for leave to appeal denied [*see* 18 NY3d 876 (2012)].

In the Matter of EIGHTH JUDICIAL DISTRICT ASBESTOS LITIGA-TION.

STEPHEN DRABCZYK, as Executor of RONALD DRABCZYK, Deceased, Respondent, v FISHER CONTROLS INTERNATIONAL, LLC, Appellant.

Submitted May 2, 2012; decided May 8, 2012

Motion by Crane Co. for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed, and for leave to file a brief amicus curiae on the appeal herein dismissed as academic.

ALBERT G. FRACCOLA, JR., et al., Appellants, v PHYLLIS FRAC-COLA, Individually and as Sole Shareholder of HYDRANIA, INC., et al., Respondents.

Decided May 8, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.